UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LESLIE GROVER, ET AL.**                                       **CIVIL ACTION**

**VERSUS**

**NO. 17-1398-JWD-RLB**

**AMERICAN STRATEGIC**
**INSURANCE CORPORATION**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 27) dated November 12, 2020, to which no objection was filed;

**IT IS ORDERED** that this action shall be DISMISSED based on Plaintiffs' failure to appear and participate pursuant to Fed. R. Civ. P. 16(f)(1)(A) and 41(b).

Signed in Baton Rouge, Louisiana, on December 11, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**